## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  09-cv-02844-LTB-KLM

THOMAS G. KRUSE and
SUSAN KRUSE,

      Plaintiffs,

v.

COUNTRYWIDE HOME LOAN SERVICING, LP, and
GREENPOINT MORTGAGE FUNDING, INC.,

      Defendants.

___

## ORDER
___

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 21 - filed February 15, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

         s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   February 16, 2011